UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JABLONSKA, JOLANTA § Case No. 10-08806
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 05/25/2011 in Courtroom 613,
United States Courthouse
219 South Dearborn
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/24/2011                    By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 10-08806-ABG
Jolanta Jablonska                                             Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1         User: lhatch              Page 1 of 1          Date Rcvd: Apr 20, 2011
                             Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2011.
db           +Jolanta Jablonska,    7946 W. Addison,   Chicago, IL 60634-2134
aty          +Gina B Krol, ESQ,   Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty           Loreto V Lazzara,    7550 N Belmont,   Chicago, IL 60634
tr           +Barry A Chatz,    Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
15191177      Atlantic Credit & Finance,    C/o Blitt & Gaines P.C.,    661 Glenn Drive Av.,
               Wheeling, IL 60090
15191179     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Household Credit Services,      P.O. Box 98706,   Las Vegas, NV 89193)
15191180     +Houston Funding,    2620 Fountainview #305,   Houston, TX 77057-7688
15191182      WFFNB/Victoria secret,    P.O. Box 18212,   Columbus, OH 43218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15191176     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 20 2011 22:37:51      Asset Acceptance Corp,
               P.O. Box 2036,   Warren, MI 48090-2036
15546819      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 20 2011 23:58:04      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
15191178     +E-mail/Text: data_processing@fin-rec.com Apr 20 2011 22:38:33
               Financial Recovery Services, Inc.,   P.O. Box 385908,   Minneapolis, MN 55438-5908
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15191181    ##+National City Bank,   P.O. Box 500,   Portage, MI 49081-0500
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2011**           **Signature:** *Joseph Speetjens*