# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JABLONSKA, JOLANTA | § | Case No. 10-08806 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance Corp P.O. Box 2036 Warren, MI 48090 | | | | | |
| | Atlantic Credit & Finance C/o Blitt & Gaines P.C. 661 Glenn Drive Av. Wheeling, IL 60090 | | | | | |
| | Financial Recovery Services, Inc. P.O. Box 385908 Minneapolis, MN 55438 | | | | | |
| | Household Credit Services P.O. Box 98706 Las Vegas, NV 89193 | | | | | |
| | Houston Funding 2620 Fountainview #305 Houston, TX 77057 | | | | | |
| | National City Bank P.O. Box 500 Portage, MI 49081 | | | | | |
| | WFFNB/Victoria secret P.O. Box 18212 Columbus, OH 43218 | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | HOUSTON FUNDING | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 10-08806   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: BARRY A. CHATZ |
| Case Name: JABLONSKA, JOLANTA | Date Filed (f) or Converted (c): 03/02/10 (f) |
| | 341(a) Meeting Date: 04/19/10 |
| For Period Ending: 09/08/11 | Claims Bar Date: 07/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Petty Cash | 20.00 | 20.00 | DA | 0.00 | FA |
| 2. Necessary Clothin | 200.00 | 200.00 | DA | 0.00 | FA |
| 3. PREFERENCE SETTLEMENT<br>   PAYMENT FOR SETTLEMENT OF TRANSFER OF 2007<br>   MERCEDES BENZ TO FATHER, TADEUSZ JABLONSKI | 0.00 | 12,000.00 | DA | 12,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.31 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $220.00  $12,220.00  $12,000.31  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SETTLED PREFERENCE ADVERSARY VS. DEBTOR'S FATHER FOR TRANSFER OF 2007 MERCEDES BENZ AUTOMOBILE.  ALL ASSETS
ADMINISTERED; CONDUCT CLAIMS REVIEW; PREPARE AND FILE TRUSTEE'S FINAL REPORT.

Initial Projected Date of Final Report (TFR): 03/31/11     Current Projected Date of Final Report (TFR): 06/30/11

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-08806  -ABG |
| Case Name: | JABLONSKA, JOLANTA |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7099  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******0529 |
| For Period Ending: | 09/08/11 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/11 | 3 | TADEUSZ JABLONSKI | | 1241-000 | 12,000.00 | | 12,000.00 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 12,000.14 |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 10.35 | 11,989.79 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 11,989.88 |
| 03/24/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 11,989.96 |
| 03/24/11 | | Transfer to Acct #*******7183 | Final Posting Transfer | 9999-000 | | 11,989.96 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 12,000.31 | 12,000.31 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 11,989.96 | |
| Subtotal | 12,000.31 | 10.35 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,000.31 | 10.35 | |

Page Subtotals          12,000.31          12,000.31

Ver: 16.02b

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          10-08806  -ABG
Case Name:     JABLONSKA, JOLANTA

Trustee Name:                        BARRY A. CHATZ
Bank Name:                            BANK OF AMERICA, N.A.
Account Number / CD #:        *******7183  BofA - Checking Account

Taxpayer ID No:    *******0529
For Period Ending: 09/08/11

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/11 | | Transfer from Acct #*******7099 | Transfer In From MMA Account | 9999-000 | 11,989.96 | | 11,989.96 |
| 05/25/11 | 003001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,950.03 | 10,039.93 |
| 05/25/11 | 003002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 46.26 | 9,993.67 |
| 05/25/11 | 003003 | COHEN & KROL 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602 | Attorney for Trustee Fees (Other Fi | | | 5,852.34 | 4,141.33 |
| | | | Fees                  5,805.00 | 3210-000 | | | |
| | | | Expenses              47.34 | 3220-000 | | | |
| 05/25/11 | 003004 | DISCOVER BANK DFS SERVICES LLC PO BOX 3025 NEW ALBANY, OHIO 43054-3025 | Claim 000001, Payment 95.60101% | 7100-000 | | 3,481.98 | 659.35 |
| 05/25/11 | 003005 | HOUSTON FUNDING 2620 FOUNTAINVIEW #305 HOUSTON, TX 77057 | Claim 000002, Payment 95.60092% | 7100-000 | | 659.35 | 0.00 |

Page Subtotals          11,989.96          11,989.96

Ver: 16.02b

FORM 2                                                                    Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | |
|---|---|
| Case No: | 10-08806  -ABG |
| Case Name: | JABLONSKA, JOLANTA |
| Taxpayer ID No: | *******0529 |
| For Period Ending: | 09/08/11 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7183  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,989.96 | 11,989.96 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 11,989.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 11,989.96 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 11,989.96 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********7099 | 12,000.31 | 10.35 | 0.00 |
| BofA - Checking Account - ********7183 | 0.00 | 11,989.96 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 12,000.31 | 12,000.31 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                    0.00                0.00

Ver: 16.02b